UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:
ANTHONY R. HOSKINS

Case No.: 15-25222-RBR
Chapter 13

Debtor(s).
_____ /

### DEBTOR(S) OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE OF CREDITOR THE BANK OF NEW YORK MELLON C/O SHELLPOINT MORTGAGE SERVICING

COMES NOW the Debtor(s), and Objects to the Notice of Payment Change pursuant to Bankruptcy Rule 3002.1 and Local Rule 3070-1(B) filed by THE BANK OF NEW YORK MELLON and in support thereof states as follows:

1. Creditor filed a Notice of Mortgage Payment Change on 5/11/2016, which increased the escrow portion of the regular monthly payment from $327.66 to $1,480.16, due to an escrow account shortage dating back to April 1, 2014.

2. The proof of claim number 4 filed by creditor on January 20, 2016 includes an arrearage amount of $24,168.86 which includes as part of the arrearage the same escrow account shortage from 2014 that creditors is now also seeking to collect through the ongoing regular post-petition payments, which is essentially a "double collection".

3. As such, the Debtor(s) request that Notice of Payment Change be stricken and the case proceed in the normal course under the presently confirmed plan.

WHEREFORE the Debtor(s) requests that the Notice of Payment Change be stricken and that the case continue forward in the normal course, and further relief as the court deems proper under these circumstances.

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a copy of the foregoing Objection was served in the manner described below, on  July 21, 2016 , upon:

<u>Via CM/ECF:</u>

Marian Kennady on behalf of Creditor Shellpoint Mortgage Servicing
bankruptcy@vanlawfl.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

<u>Via US Mail</u>:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2004-AB1
c/o Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265

/s/ Mitchell J. Nowack
**MITCHELL J. NOWACK, ESQ.**
Florida Bar Number: 099661

/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436